FILED
APR 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 10-MJ-1009-WVG |
|---|---|
| Plaintiff, | **FINDINGS OF FACT AND ORDER OF DETENTION** |
| v. | |
| AMADO CAZAREZ-PATINO, | |
| Defendant. | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on April 2, 2010, to determine whether defendant Amado Cazarez-Patino ("Defendant") should be held in custody pending trial on the grounds that Defendant is a flight risk. Assistant U.S. Attorney David A. Fox appeared on behalf of the United States; attorney Norma Aguilar appeared on behalf of Defendant.

Pursuant to 18 U.S.C. §3142(f)(2), the Court, on its own motion, moved for Defedant's detention without bail on the basis he is a serious flight risk. Based on the evidence proffered by the United States and Defendant, the pretrial services report, and the Complaint, the Court concludes that, by a preponderance of the evidence, no condition or combination of conditions will reasonably assure the appearance of Defendant as required.

### REASONS FOR DETENTION

1. Defendant is charged in the Complaint with misuse of a passport in violation of 18 U.S.C. § 1544.

2. The weight of the evidence, although the least important factor, is strong, as based upon the facts recited in the probable cause statement.

3. Defendant has substantial ties to Mexico.

4. Defendant has demonstrated his sophistication and propensity to use false and fraudulent travel and identity documents as demonstrated by the information contained in the Magistrate Information Sheet.

5. Defendant has not demonstrated sufficient or adequate ties, familial or otherwise, within the San Diego area specifically or California, more broadly, outside having a sister reside in the Altadena, California area.

6. Defendant has not demonstrated sufficient or adequate financial resources.

7. Defendant is an alien and subject to deportation.

## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 4/2/10

The Honorable WILLIAM V. GALLO
United States Magistrate Judge